```
                    UNITED STATES BANKRUPTCY COURT
                       Western District of Missouri
```

In re:                              )
                                    )
April Gray,                         )
          Debtor,                   )
                                    )  Case No. 19-41374
                                    )
                                    )  Chapter 13

## DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

Comes Now Debtor, April Gray, by and through her attorney of record, Jason C. Amerine, and amends her Chapter 13 Plan to reflect the following:

1. That Debtor's Chapter 13 Plan payments shall increase to $1350.00/month beginning with the October 2019 payment.

2. That all other provisions of Debtor's Chapter 13 Plan are to remain the same.

Respectfully Submitted,

Castle Law Office of Kansas City

By: /s/Jason C. Amerine
Jason C. Amerine #50857
811 Grand Blvd., Ste 101
Kansas City, MO 64106
Phone:  816-842-6200
Fax:  816-421-5403
mo-ecf@castlelaw-kc.com

## Certificate of Service

The undersigned hereby certifies that a true and accurate

copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties this August 8, 2019.

/s/Jason C. Amerine
Jason C. Amerine #50857

Mr. Richard V. Fink
Chapter 13 Trustee
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108